FILED

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0144

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT L. WITHEROW,

Defendant and Appellant.

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

On August 30, 2022, this Court entered an order remanding this matter to the District Court to make appropriate findings of fact and conclusions of law regarding Defendant's Robert L. Witherow's constitutional speedy-trial claim, which had been denied without a written order. We stated that, upon entry of the District Court's order, Witherow would have 30 days to file a supplemental appellant's brief, and appellate briefing would continue thereafter in accordance with the Rules of Appellate Procedure.

However, upon remand and consideration, the District Court "reluctantly concluded that dismissal of the misdemeanor charge against Mr. Witherow is justified" and granted his motion to dismiss. The District Court's order was entered January 11, 2023, and was provided to this Court on February 1. Later that day, the Clerk of this Court entered a notice that, in accordance with our order, Witherow had 30 days to file his supplemental appellate briefing.

However, Witherow has now prevailed in the District Court. Further, the only issue he raised in this appeal was the speedy-trial issue. Thus, there is no need for the appeal to continue. We thus deem it appropriate to dismiss the appeal without prejudice to either party filing another appeal if they deem it necessary. Therefore,

IT IS ORDERED that the appeal is DISMISSED WITHOUT PREJUDICE.

The Clerk of this Court is directed to mail copies hereof to counsel of record for the parties, and to the District Court.

DATED this _____ day of February, 2023.

_____
Chief Justice


_____

_____

_____

_____
Justices